Electronically Filed
Intermediate Court of Appeals
CAAP-11-0001028
19-JUL-2012
08:28 AM

NO. CAAP-11-0001028

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

FEDERAL NATIONAL MORTGAGE ASSOCIATION, Plaintiff-Appellee, v.
JAMES TOWNSEND BURGE, Defendant-Appellant, and
JOHN DOES 1-50, JANE DOES 1-50, Defendants

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 11-1-0720)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Fujise and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) on December 6, 2011, Defendant-Appellant James Townsend Burge (Appellant) filed a notice of appeal; (2) the record on appeal was filed on February 6, 2012, and the appellate clerk informed Appellant that the opening brief was due March 19, 2012; (3) Appellant received a 30-day extension to file the opening brief; (4) Appellant did not file the opening brief; (4) on June 28, 2012, the appellate clerk informed Appellant that: (a) the time for filing the opening brief expired on April 18, 2012; (b) pursuant to Rule 30 of the Hawai'i Rules of Appellate

Procedure, the matter would be called to the attention of the court on July 8, 2012 for such action as the court deems proper; and (c) the appeal may be dismissed; and (5) thereafter, Appellant did not file the opening brief or respond to the notice of default.  Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i,  July 19, 2012.

Presiding Judge

Associate Judge

Associate Judge